NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGINA M. HARRISON,**
*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent*

---

2014-8006

---

Petition for review of a decision of the Bureau of Justice Assistance in PSOB Claim No. 2005-DIS-010.

---

## JUDGMENT

---

MICHAEL THOMAS MCGONNIGAL, Columbus Community Legal Services, Washington, DC, argued for petitioner.

ELIZABETH ANNE SPECK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by SEAN SIEKKINEN, KIRK T. MANHARDT, ROBERT E. KIRSCHMAN, JR., JOYCE R. BRANDA; RAFAEL ALBERTO MADAN, JASON P. COOLEY, JOEL FEIL, Office of General Counsel, Office of Justice Programs.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (NEWMAN, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  October 16, 2015          /s/  Daniel  E.  O'Toole
       Date                 Daniel E. O'Toole
                           Clerk of Court